(Official Form 1) (10/05)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vanzant, Iyanla Rhonda** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Iyanla Vanzant; AKA Iyanla R. Vanzant** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all):<br>**xxx-xx-6581** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2882 Spring Lakes Drive**<br>**Davidsonville, MD**<br>ZIP Code **21035** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Anne Arundel** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ■ Chapter 7     ☐ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9     ☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | | Nature of Debts (Check one box) |
|---|---|---|
| | | ☐ Consumer/Non-Business     ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                                        FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vanzant, Iyanla Rhonda** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

**X** _____
      Signature of Attorney for Debtor(s)         Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

</td>
<td>

**Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**

☑  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

</td>
</tr>
</table>

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)**                                                                                    **FORM B1, Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Vanzant, Iyanla Rhonda**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Iyanla Rhonda Vanzant**

Signature of Debtor **Iyanla Rhonda Vanzant**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**July  5, 2006**

Date

### Signature of Attorney

X **/s/ David E. Lynn**

Signature of Attorney for Debtor(s)

**David E. Lynn DC #360397; MD #08779**

Printed Name of Attorney for Debtor(s)

**David E. Lynn, LLC**

Firm Name

**15245 Shady Grove Road**
**Suite 465 North**
**Rockville, MD 20850**

Address

**(301) 255-0100**

Telephone Number

**July  5, 2006**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary
(10/05)

# United States Bankruptcy Court

### District of Maryland

In re    **Iyanla Rhonda Vanzant**                            ,

Case No. _____

                                         Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 1,006,000.00 | | |
| B - Personal Property | Yes | 8 | 33,520.34 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,404,118.89 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | 77,972.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,384,662.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 16,905.91 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 1,039,520.34 | | |
| Total Liabilities | | | | 3,866,753.66 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
### District of Maryland

In re   **Iyanla Rhonda Vanzant**
_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
# [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 77,972.19 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 77,972.19 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re   **Iyanla Rhonda Vanzant**
_____,      Case No. _____
                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2882 Spring Lakes Drive, Davidsonville, MD 21035. Subject to consensual deed of trust and federal tax liens.** | **Fee simple** | - | 1,000,000.00 | 2,404,118.89 |
| **Timeshare- Caribbean Palm Village, Aruba. 2-week interval every other year.  Value shown is estimate of resale value.** | **Time-share** | - | 6,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,006,000.00** | (Total of this page) |
| Total > | **1,006,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Form B6B
(10/05)

In re  **Iyanla Rhonda Vanzant**                                    ,    Case No. _____

_____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand.  In posession of the Debtor.** | - | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking accounts no. _____7877 & _____2030.** | - | 168.05 |
| | | **Savings account no. _____4750.** | - | 930.79 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household furniture in posession of the Debtor. See attached list for detail.** | - | 11,431.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Approx. 900 books.  In posession of the Debtor** | - | 900.00 |
| | | **Approx. 540 CDs, DVDs, video cassette tapes and audio tapes.  In posession of the Debtor.** | - | 540.00 |
| 6.  Wearing apparel. | | **Personal clothing of the Debtor.  See attached list for detail.** | - | 5,295.50 |
| | | **Professional wardrobe.  In possession of the Debtor.** | - | 10,000.00 |
| 7.  Furs and jewelry. | | **Jewelry, in possession of the Debtor.  See attached list for detail.** | - | 1,855.00 |
| | | **Assorted costume jewelry.  In possession of the Debtor.** | - | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        31,820.34
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re   **Iyanla Rhonda Vanzant**                                          ,      Case No. _____

_Debtor_

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Auto insurance with State Farm Insurance.** | - | **0.00** |
| | | **Health insurance, Optimum Choice.** | - | **0.00** |
| | | **Homeowner's insurance with Montgomery Mutual.** | - | **0.00** |
| | | **Term life insurance: AAA Life Insurance Company group term insurance, and New York Life group term insurance. No cash value.** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of stock in Inner Visions Worldwide Network, Inc., a close corporation. Liabilities of the business exceed the value of its assets.** | - | **Undetermined** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Note receivable from Alex Morgan. Principal amount is $148,000.00, plus interest. Note is believed to be disputed; collection is questionable.** | - | **Undetermined** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6B
(10/05)

In re   __Iyanla Rhonda Vanzant_____,   Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Copyrights to published books:  Acts of Faith; Don't Give It Away;  Faith In The Valley; Tapping The Power Within; The Spirit Of A Man;  Up From Here;  One Day My Soul Opened Up;  In the Meantime;  Value In The Valley. | - | Undetermined |
| | | 2 manuscripts in progress, as yet incomplete. | - | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 computers, 1 printer, 1 fax machine. | - | 1,700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >       1,700.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re  **Iyanla Rhonda Vanzant** _____,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **33,520.34**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re **Iyanla Rhonda Vanzant**                                                         Case No.                      

Debtor(s)

## SCHEDULE B. PERSONAL PROPERTY
<b>Attachment A</b>

**Iyanla Rhonda Vanzant -- Household Goods**

| Number | Item | Value |
|---|---|---|
| 1 | 3-piece sofa | $ 25.00 |
| 1 | coffee table | $ 100.00 |
| 1 | chair/ottoman set | $ 60.00 |
| 1 | hanging lamp | $ 125.00 |
| 1 | queen size sofa | $ 75.00 |
| 1 | desk | $ 500.00 |
| 1 | electric piano | $ 25.00 |
| 1 | desk chair | $ 50.00 |
| 5 | bookcases | $ 75.00 |
| asst. | scrapbook supplies | $ 50.00 |
| 1 | true light lamp | $ 75.00 |
| 3 | wicker chairs | $ 40.00 |
| 2 | bookcases | $ 75.00 |
| 1 | wicker ottoman | $ 30.00 |
| 2 | lamps | $ 20.00 |
| 1 | 4-piece wicker sofa | $ 400.00 |
| 1 | wicker chair/ottoman set | $ 100.00 |
| 1 | wicker coffee table | $ 50.00 |
| 1 | wicker end table | $ 75.00 |
| 1 | glass-top table | $ 300.00 |
| 6 | bar stools | $ 75.00 |
| 6 | serving trays | $ 6.00 |
| 1 | desk lamp | $ 10.00 |
| 1 | floor lamp | $ 30.00 |
| 1 | standing fan | $ 10.00 |
| 1 | wicker chair | $ 25.00 |
| 1 | sofa | $ 150.00 |
| 2 | chairs | $ 100.00 |
| 1 | ottoman | $ 100.00 |
| 1 | sofa table | $ 75.00 |
| 1 | wooden arm chair | $ 75.00 |
| 1 | glass display cabinet | $ 350.00 |
| 2 | Charles Bibbs prints | $ 600.00 |
| 1 | area rug | $ 50.00 |
| 1 | glass table | $ 200.00 |
| 6 | chairs | $ 90.00 |
| 2 | armchairs | $ 50.00 |
| 1 | glass china cabinet | $ 150.00 |
| 1 | breakfront | $ 150.00 |
| 1 | china cart | $ 100.00 |
| 1 | Arthur Fernell print | $ 1,200.00 |
| 1 | area rug | $ 450.00 |
| 1 | set: queen bed frame, lingerie chest, dresser, nightstands | $ 400.00 |
| 1 | queen mattress/box spring | $ 250.00 |
| 1 | bookcase | $ 75.00 |
| 1 | TV stand | $ 50.00 |

| Item | | Amount |
|---|---|---|
| 1 TV | $ | 25.00 |
| 1 DVD player | $ | 25.00 |
| 4 lamps | $ | 60.00 |
| 1 wicker CD tower | $ | 10.00 |
| 1 clock radio/CD player | $ | 10.00 |
| 2 arm chairs | $ | 40.00 |
| 2 Charles Bibbs prints | $ | 1,200.00 |
| 1 area rug | $ | 50.00 |
| 1 wicker storage chest | $ | 35.00 |
| 1 decorative table | $ | 40.00 |
| 1 set: twin bed, desk, hutch, chair | $ | 450.00 |
| 1 wicker lounge chair | $ | 10.00 |
| 1 TV/DVD | $ | 25.00 |
| 1 set: queen bed frame, mattress, desk, hutch, nightstand, desk chair | $ | 500.00 |
| 1 wicker chest | $ | 20.00 |
| 1 TV | $ | 25.00 |
| 7 bookcases | $ | 80.00 |
| 1 sofa | $ | 100.00 |
| 1 coffee table | $ | 50.00 |
| 2 end tables | $ | 50.00 |
| 2 table lamps | $ | 40.00 |
| 1 standing lamp | $ | 30.00 |
| 1 desk | $ | 150.00 |
| 1 desk table | $ | 50.00 |
| 1 hutch | $ | 75.00 |
| 1 sewing machine/stand | $ | 300.00 |
| 6 bookcases | $ | 80.00 |
| 1 TV | $ | 25.00 |
| 1 VCR player | $ | 10.00 |
| 2 arm chairs | $ | 50.00 |
| 1 wicker chair | $ | 25.00 |
| 1 wicker trunk | $ | 40.00 |
| 1 wooden file cabinet | $ | 20.00 |
| 1 metal file cabinet | $ | 20.00 |
| 1 glass top kitchen table | $ | 50.00 |
| 6 chairs | $ | 30.00 |
| 1 stool | $ | 30.00 |
| 1 toaster oven | $ | 20.00 |
| 1 blender | $ | 10.00 |
| 1 electric knife sharpener | $ | 5.00 |
| 1 bread maker | $ | 10.00 |
| 1 juicer | $ | 5.00 |
| asst. plates and glasses | $ | 25.00 |
| asst. pots,  pans & containers | $ | 50.00 |
| asst. cutlery | $ | 20.00 |
| asst. knives | $ | 10.00 |
| 1 3-piece sofa | $ | 200.00 |
| 1 ottoman | $ | 50.00 |
| 1 area rug | $ | 50.00 |
| 1 stereo tower | $ | 25.00 |
| 1 stereo system | $ | 50.00 |
| **Total** | $ | 11,431.00 |

In re   **Iyanla Rhonda Vanzant**_____    Case No.   _____
                              Debtor(s)

## SCHEDULE B. PERSONAL PROPERTY
### Attachment B

**Iyanla Rhonda Vanzant -- Clothing and Personal Items**

| Number | Item | Value |
|---|---|---|
| 2 | tuxedos | $ 150.00 |
| 7 | beaded evening gowns | $ 350.00 |
| 23 | dress slacks | $ 276.00 |
| 18 | casual slacks | $ 90.00 |
| 16 | jeans | $ 56.00 |
| 33 | skirts | $ 132.00 |
| 34 | dresses | $ 272.00 |
| 22 | traditional African garments | $ 220.00 |
| 1 | traditional kimono | $ 100.00 |
| 62 | t-shirts | $ 62.00 |
| 28 | business suits | $ 560.00 |
| 16 | evening suits | $ 640.00 |
| 4 | evening coats | $ 120.00 |
| 8 | outer coats | $ 120.00 |
| 6 | outer jackets | $ 48.00 |
| 47 | blouses | $ 94.00 |
| 56 | tanks/camisoles | $ 56.00 |
| 29 | casual jackets | $ 232.00 |
| 14 | leather jackets | $ 168.00 |
| 8 | leather skirts | $ 120.00 |
| asst. | lingerie | NVC |
| 114 | pairs worn shoes | $ 570.00 |
| 19 | pairs new shoes | $ 228.00 |
| 27 | pairs worn boots | $ 324.00 |
| 5 | pairs new boots | $ 100.00 |
| asst. | semi-precious stones | $ 100.00 |
| asst. | aromatherapy oils | $ 10.00 |
| 1 | professional makeup case | $ 75.00 |
| 45 | skeins wool | $ 22.50 |
| | **Total** | $ 5,295.50 |

In re    **Iyanla Rhonda Vanzant**                                    Case No. _____
                                    Debtor(s)

## SCHEDULE B. PERSONAL PROPERTY
### Attachment C

Iyanla Rhonda Vanzant - Jewelry

|  |  |  |
|---|---|---|
| 1 .75 ct. dia. thumb ring | $ | 200.00 |
| 1 pink mother-of-pearl ring | $ | 200.00 |
| 1 .5 ct. dia. necklace | $ | 150.00 |
| 1 .25 ct. dia. earrings | $ | 80.00 |
| 1 turquoise necklace & earrings | $ | 425.00 |
| 1 18K gold wedding ring | $ | 100.00 |
| 1 crystal necklace & bracelet | $ | 700.00 |
| Total | $ | 1,855.00 |

Form B6C
(10/05)

In re    **Iyanla Rhonda Vanzant**
_____,    Case No. _____
                          Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**Timeshare- Caribbean Palm Village, Aruba.**<br>**2-week interval every other year.  Value shown**<br>**is estimate of resale value.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5) & (f)** | **3,900.00** | **6,000.00** |
| **Cash on Hand**<br>**Cash on hand.  In posession of the Debtor.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Checking accounts no. _____7877 &**<br>**_____2030.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5) & (f)** | **168.05** | **168.05** |
| **Savings account no. _____4750.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5) & (f)** | **930.79** | **930.79** |
| **Household Goods and Furnishings**<br>**Household furniture in posession of the Debtor.**<br>**See attached list for detail.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(4)** | **1,000.00** | **11,431.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Approx. 900 books.  In posession of the Debtor** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(1)** | **900.00** | **900.00** |
| **Approx. 540 CDs, DVDs, video cassette tapes**<br>**and audio tapes.  In posession of the Debtor.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(1)** | **540.00** | **540.00** |
| **Wearing Apparel**<br>**Personal clothing of the Debtor.  See attached**<br>**list for detail.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5) & (f)** | **5,295.50** | **5,295.50** |
| **Furs and Jewelry**<br>**Jewelry, in possession of the Debtor.  See**<br>**attached list for detail.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(1)** | **1,855.00** | **1,855.00** |
| **Assorted costume jewelry.  In possession of the**<br>**Debtor.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5) & (f)** | **500.00** | **500.00** |
| **Interests in Insurance Policies**<br>**Term life insurance:  AAA Life Insurance**<br>**Company group term insurance, and New York**<br>**Life group term insurance.  No cash value.** | **Md. Code Ann., Ins. § 16-111(a)** | **100%** | **0.00** |
| **Stock and Interests in Businesses**<br>**100% of stock in Inner Visions Worldwide**<br>**Network, Inc., a close corporation.  Liabilities of**<br>**the business exceed the value of its assets.** | **Md. Code Ann., Cts. & Jud. Proc. §**<br>**11-504(b)(5) & (f)** | **100%** | **Undetermined** |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(10/05)

In re    **Iyanla Rhonda Vanzant**                                         ,          Case No. _____

                                              Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Patents, Copyrights and Other Intellectual Property** | | | |
| **Copyrights to published books:  Acts of Faith;  Don't Give It Away;  Faith In The Valley;  Tapping The Power Within;  The Spirit Of A Man;  Up From Here;  One Day My Soul Opened Up;  In the Meantime;  Value In The Valley.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) & (f)** | **100%** | **Undetermined** |
| **2 manuscripts in progress, as yet incomplete.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) & (f)** | **100%** | **Undetermined** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **2 computers, 1 printer, 1 fax machine.** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** | **1,700.00** | **1,700.00** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                            Best Case Bankruptcy

Form B6D
(10/05)

In re **Iyanla Rhonda Vanzant**                                          Case No. _____
                                          ,
                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **Deed of Trust** | | | | | |
| **Bank of America** **P.O. Box 660576** **Dallas, TX 75266** | - | | | | **2882 Spring Lakes Drive, Davidsonville, MD 21035.** **Subject to consensual deed of trust and federal tax liens.** | | | | | |
| | | | | | Value $                    **1,000,000.00** | | | | **425,792.85** | **0.00** |
| Account No. | | | | | **Federal tax lien** | | | | | |
| **Internal Revenue Service** **31 Hopkins Plaza, Room 1140** **Baltimore, MD 21201** | - | | | | **2882 Spring Lakes Drive, Davidsonville, MD 21035** **Lien serial numbers: 520124765 & 520341166.** | | | | | |
| | | | | | Value $                    **1,000,000.00** | | | | **1,978,326.04** | **1,404,118.89** |
| Account No. | | | | | **John A. Gunther, Jr., Rev. Off.** **Internal Revenue Service** **190 Admiral Cochrane Dr. #170** **Annapolis, MD 21401** | | | | | |
| **Also notify:** **Internal Revenue Service** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | **Internal Revenue Service** **Centralized Insolvency Operation** **P.O. Box 21126** **Philadelphia, PA 19114** | | | | | |
| **Also notify:** **Internal Revenue Service** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **2,404,118.89** | |

Form B6D - Cont.
(10/05)

In re   **Iyanla Rhonda Vanzant**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Also notify:** <br> **Internal Revenue Service** | | | **U.S. Attorney for Maryland** <br> **36 S. Charles Street** <br> **4th Floor** <br> **Baltimore, MD 21201** <br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **0.00** |
| Total <br> (Report on Summary of Schedules) | **2,404,118.89** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6E
(10/05)

In re    **Iyanla Rhonda Vanzant**                                            ,    Case No. _____
                                                                Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

        A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

        The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

        If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

        Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

        Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic support obligations**
        Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
        Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
        Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐  **Contributions to employee benefit plans**
        Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
        Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
        Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■  **Taxes and certain other debts owed to governmental units**
        Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐  **Commitments to maintain the capital of an insured depository institution**
        Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for death or personal injury while debtor was intoxicated**
        Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

_____

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
                                                **2**       continuation sheets attached

Form B6E - Cont.
(10/05)

In re    **Iyanla Rhonda Vanzant** _____,    Case No. _____

                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service 31 Hopkins Plaza, Room 1140 Baltimore, MD 21201** | | - | **2003 - 2005 Income taxes, interest and penalties** | | X | | 17,407.44 | 17,407.44 |
| Account No. **Also notify: Internal Revenue Service** | | | **U.S. Attorney for Maryland 36 S. Charles Street 4th Floor Baltimore, MD 21201** | | | | | |
| Account No. **Internal Revenue Service P.O. Box 9941 Stop 5300 Ogden, UT 84409** | X | - | **2005 Debtor's liability for taxes due from Inner Visions Spiritual Life Maintenance, Inc.** | X | X | X | 9,276.05 | 9,276.05 |
| Account No. **Internal Revenue Service Philadelphia, PA 19255-0039** | X | - | **Debtor's liability for taxes due from Inner Visions Worldwide Network, Inc.** | X | X | X | 16,542.70 | 16,542.70 |
| Account No. **Maryland Comptroller of the Treasury Compliance Division, Room 409 301 W. Preston Street Baltimore, MD 21201** | | - | **2003 - 2005 Personal income taxes** | | X | | 34,746.00 | 34,746.00 |

Sheet   **1**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 77,972.19 | 77,972.19 |
|---|---|---|---|

Form B6E - Cont.
(10/05)

In re    **Iyanla Rhonda Vanzant**                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Also notify:**<br>**Maryland Comptroller of the Treasury** | | | **Maryland Comptroller of Treasury Compliance Division - Bankruptcy 110 Carroll Street Annapolis, MD 21411** | | | | | |
| Account No.<br><br>**Maryland Comptroller of the Treasury Compliance Division, Room 409 301 W. Preston Street Baltimore, MD 21201** | - | | **Debtor's liablity for taxes due from Inner Visions Worldwide Network, Inc. and Inner Visions Spiritual Life Maintenance, Inc.** | X | X | X | **Undetermined** | **Undetermined** |
| Account No.<br><br>**Also notify:**<br>**Maryland Comptroller of the Treasury** | | | **Maryland Comptroller of Treasury Compliance Division - Bankruptcy 110 Carroll Street Annapolis, MD 21411** | | | | | |
| Account No.<br><br>**New York City Department of Finance P.O. Box 17900 Brooklyn, NY 11217-9000** | - | | **Debtor's liability for taxes due from Inner Visions Worldwide Network, Inc.** | X | X | X | **Undetermined** | **Undetermined** |
| Account No.<br><br> | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **77,972.19** | **77,972.19** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(10/05)

In re    **Iyanla Rhonda Vanzant**                                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**American Educational Services**<br>**P.O. Box 2471**<br>**Harrisburg, PA 17105** | | - | | | **Student Loans** | | | | 37,978.95 |
| Account No.<br><br>**Bank of America Visa**<br>**P.O. Box 660576**<br>**Dallas, TX 75266-0576** | | - | | | **Credit card purchases** | | | | 24,240.71 |
| Account No. **DCxx0044**<br><br>**Dell**<br>**7322 SW Freeway**<br>**Houston, TX 77074** | | - | | | **Inner Visions Worldwide** | | | | 2,080.00 |
| Account No. **xxxxxxxxxx0101**<br><br>**Dell Finance Corporation**<br>**15 Union St.**<br>**Lawrence, MA 01840** | | - | | | **Inner Visions Worldwide** | | | | 5,770.70 |

__5__    continuation sheets attached

Subtotal
(Total of this page)                                                    70,070.36

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    S/N:27651-060614    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re __Iyanla Rhonda Vanzant__ ,     Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | | |
| Account No. **9346** <br><br> DeLong Litho<br>P.O. Box 1529<br>Lorton, VA 22199 | | - | | | Inner Visions Worldwide | | | | 1,615.00 |
| Account No. <br><br> Hargrave Military Academy<br>c/o Todd, Bremer & Lawson<br>P.O. Box 36788<br>Rock Hill, SC 29732-0512 | | - | | | Tuition | | | X | 20,695.92 |
| Account No. <br><br> HarperCollins Publishers<br>10 E. 53rd Street<br>New York, NY 10022 | X | - | | | Possible contingent claims | X | X | | Undetermined |
| Account No. **xxxxxx0684** <br><br> Law Office<br>P.O. Box 97274<br>Washington, DC 20090 | | - | | | Inner Visions Worldwide | | | | 21,118.00 |
| Account No. <br><br> Montgomery County, Maryland<br>100 Monroe St.<br>3rd Floor<br>Rockville, MD 20850 | X | - | | | Unpaid taxes - Inner Visions Worldwide | | | | 3,841.73 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 47,270.65 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Iyanla Rhonda Vanzant** _____ ,  Case No. _____

                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mr. TOME Productions**<br>**P.O. Box 8081**<br>**Atlanta, GA 31106** | X | - | **Inner Visions Worldwide** | X | | X | 3,095.95 |
| Account No. **xxxxxx3302**<br><br>**Pitney Bowes Credit Corporation**<br>**4901 Belfort Rd.**<br>**Jacksonville, FL 32256** | X | - | **Inner Visions Worldwide** | X | | X | 4,405.69 |
| Account No. **xxxxxx3301**<br><br>**Pitney Bowes Credit Corporation**<br>**4901 Belfort Rd.**<br>**Jacksonville, FL 32256** | X | - | **Inner Visions Worldwide** | X | | X | 31,472.39 |
| Account No. **xxxxx6300**<br><br>**Pitney Bowes Credit Corporation**<br>**4901 Belfort Rd.**<br>**Jacksonville, FL 32256** | X | - | **Inner Visions Worldwide** | X | | X | 36,665.37 |
| Account No. **xxxxxx3862**<br><br>**Purchase Power**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** | X | - | **Inner Visions Worldwide** | X | | X | 3,781.02 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,420.42

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Iyanla Rhonda Vanzant** , Case No. _____
                                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7316**  <br><br>**Saks Fifth Avenue**  <br>**Arrow Financial Services**  <br>**c/o Capital Management Corp.**  <br>**726 Exchange Street, Suite 700**  <br>**Buffalo, NY 14210** | | - | | Credit card purchases | | | | 1,357.43 |
| Account No.  <br><br>**Simon & Schuster, Inc.**  <br>**1230 Avenue of the Americas**  <br>**New York, NY 10020** | X | - | | Guarantee of Inner Visions Worldwide Network, Inc. obligation | X | | | 1,125,000.00 |
| Account No.  <br><br>**Also notify:**  <br>**Simon & Schuster, Inc.** | | | | Mark J. Lawless, Esq.  <br>Thomas Amon Law Offices  <br>500 Fifth Avenue, Suite 1650  <br>New York, NY 10110 | | | | |
| Account No. **x8630**  <br><br>**SODEXHO**  <br>**Mountainside Conference Center**  <br>**P.O. Box 905374**  <br>**Charlotte, NC 28290** | X | - | | Inner Visions Worldwide | X | X | | 30,637.50 |
| Account No.  <br><br>**Suntrust Bank Visa**  <br>**Bankcard Services**  <br>**P.O. Box 15137**  <br>**Wilmington, DE 19886** | | - | | Credit card purchases | | | | 6,407.08 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,163,402.01**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re **Iyanla Rhonda Vanzant** _____, Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E7E810** <br><br> **United Parcel Service** <br> **P.O. Box 650580** <br> **Dallas, TX 75265** | X | - | **Inner Visions Worldwide** | X | | X | 10,393.57 |
| Account No. **XXXXxxxxx9355** <br><br> **Verizon** <br> **P.O. Box 17577** <br> **Beltsville, MD 20704** | X | - | **Inner Visions Worldwide** | X | | X | 10,513.00 |
| Account No. <br><br> Also notify: <br> **Verizon** | | | **AFNI, Inc.** <br> **P.O. Box 3517** <br> **Bloomington, IL 61702-3517** | | | | |
| Account No. **xxxxxx4223** <br><br> **Washington Gas** <br> **P.O. Box 830036** <br> **Baltimore, MD 21283** | X | - | **Inner Visions Worldwide** | X | | X | 3,592.57 |
| Account No. <br><br> **Constance Weaver-Thomas** <br> **13053 Rhapsody Lane** <br> **Silver Spring, MD 20904** | | - | **Potential claim arising from sale of house** | X | X | X | Undetermined |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,499.14

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Iyanla Rhonda Vanzant**                                          ,    Case No. _____

—————————————— Debtor ——————————————

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Also notify:**<br>**Constance Weaver-Thomas** | | | | | **First American Insurance**<br>**c/o Lenders First Choice**<br>**3803 Parkwood Blvd., Suite 100**<br>**Frisco, TX 75034** | | | | |
| Account No.<br><br>**Also notify:**<br>**Constance Weaver-Thomas** | | | | | **Home123 Corporation**<br>**3351 Michelson Drive, Suite 400**<br>**Irvine, CA 92612** | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)         **0.00**

Total<br>(Report on Summary of Schedules)         **1,384,662.58**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re   **Iyanla Rhonda Vanzant**       ,      Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Simon & Schuster, Inc.**<br>**1230 Avenue of the Americas**<br>**New York, NY 10020** | **Publishing contract. Debtor is author of works to be provided.** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Iyanla Rhonda Vanzant**                                                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Inner Visions Spiritual Life Maintenance**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Internal Revenue Service**<br>**P.O. Box 9941**<br>**Stop 5300**<br>**Ogden, UT 84409** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Internal Revenue Service**<br>**Philadelphia, PA 19255-0039** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Montgomery County, Maryland**<br>**100 Monroe St.**<br>**3rd Floor**<br>**Rockville, MD 20850** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **SODEXHO**<br>**Mountainside Conference Center**<br>**P.O. Box 905374**<br>**Charlotte, NC 28290** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Mr. TOME Productions**<br>**P.O. Box 8081**<br>**Atlanta, GA 31106** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Pitney Bowes Credit Corporation**<br>**4901 Belfort Rd.**<br>**Jacksonville, FL 32256** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Pitney Bowes Credit Corporation**<br>**4901 Belfort Rd.**<br>**Jacksonville, FL 32256** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Pitney Bowes Credit Corporation**<br>**4901 Belfort Rd.**<br>**Jacksonville, FL 32256** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Purchase Power**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **United Parcel Service**<br>**P.O. Box 650580**<br>**Dallas, TX 75265** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Verizon**<br>**P.O. Box 17577**<br>**Beltsville, MD 20704** |

  **1**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re    **Iyanla Rhonda Vanzant**                                          ,    Case No. _____

                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Washington Gas**<br>**P.O. Box 830036**<br>**Baltimore, MD 21283** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **Simon & Schuster, Inc.**<br>**1230 Avenue of the Americas**<br>**New York, NY 10020** |
| **Inner Visions Worldwide Network, Inc.**<br>**P.O. Box 8517**<br>**Silver Spring, MD 20907** | **HarperCollins Publishers**<br>**10 E. 53rd Street**<br>**New York, NY 10022** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6I
(10/05)

In re   **Iyanla Rhonda Vanzant**                                              Case No. _____
                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP:  **Grandson** | AGE:  **14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Writer/Life Coach** | |
| Name of Employer | **self-employed** | |
| How long employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b.  Insurance | $ | 0.00 | $ | N/A |
|     c.  Union dues | $ | 0.00 | $ | N/A |
|     d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | N/A |
| 11. Social security or other government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify):  **Speaking Engagements** | $ | **10,000.00** | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **10,000.00** | $ | N/A |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **10,000.00** | $ | N/A |

16. TOTAL COMBINED MONTHLY INCOME:      $ _____ **10,000.00**      (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:     **The Debtor's income is highly variable, currently depending largely on contract income.  The Debtor hopes to re-establish her income from writing, but none is presently in prospect.**

Form B6J
(10/05)

In re **Iyanla Rhonda Vanzant** _____    Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,775.45 |
| a. Are real estate taxes included?     Yes ___     No **X** | | |
| b. Is property insurance included?     Yes ___     No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 600.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 450.00 |
| d. Other  **Water heater service/supplies** | $ | 72.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 600.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| 10. Charitable contributions | $ | 1,500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 286.00 |
| b. Life | $ | 186.00 |
| c. Health | $ | 876.00 |
| d. Auto | $ | 534.26 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Estimated self-employment tax** | $ | 3,000.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | $ | 675.00 |
| b. Other  **Storage** | $ | 151.20 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,200.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Personal assistant** | $ | 3,000.00 |
| Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 16,905.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Total monthly income from Line 16 of Schedule I | $ | 10,000.00 |
| b. | Total monthly expenses from Line 18 above | $ | 16,905.91 |
| c. | Monthly net income (a. minus b.) | $ | -6,905.91 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### District of Maryland

In re    **Iyanla Rhonda Vanzant**

_____    Case No. _____

Debtor(s)    Chapter    **7**   _____


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **29** sheets _[total shown on summary page plus 2]_, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **July  5, 2006**  _____      Signature   **/s/ Iyanla Rhonda Vanzant**  _____

**Iyanla Rhonda Vanzant**
Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
### District of Maryland

In re  **Iyanla Rhonda Vanzant**
_____     Case No. _____
                                                     Debtor(s)          Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$67,447.00** | **2006, year to date contract income:  ESPG Talent Services, U.S. Dept. of Housing and Urban Development, Omega Institute, Inner Visions, University of Kansas, The Write Thing, Bowie State University.** |
| **$343,284.29** | **2005 contract income & wages:  Bunim-Murray Productions; United Church of Religious Science;  Charming Shoppes of Delaware, Inc.; Essence Festivals, LLC; National Broadcasting Company; FDIC; Tavis Smiley Presents, Inc.; Agape International Spiritual Center; The Learning Annex; City of Angels Church; Inner Visions Institute; Healthy Living & Alternative Health Expo; Nashville Speakers Bureau; T.K.E.G. Inc.; Simon & Schuster Inc. (royalties); GEP ATL, LLC.** |

| AMOUNT | SOURCE |
|---|---|
| $166,056.00 | 2004 contract income:  Bunim-Murray Productions; Greater Talent Network, Inc.; Essence Communication Partners; Essence Festivals, LLC; Metropolitan Community Church of Washington; African-American Dance Ensemble Inc.; United Church of Relig. Sci.; AGAPE International; East Bay Church; Tavis Smiley;  Simon & Schuster Inc. (royalties) |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bank of America P.O. Box 660576 Dallas, TX 75266 | Monthly | $2,775.45 | $425,792.85 |
| American Educational Services P.O. Box 2471 Harrisburg, PA 17105 | Monthly | $247.26 | $37,978.95 |

None ■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wachovia Bank, N.A., Trustee v. Iyanla R. Vanzant Case No. 251169-V** | **Suit for debt** | **Circuit Court of Maryland for Montgomery County** | **Judgment entered and satisfied through bank account attachment, August 2005.** |
| **Simon & Schuster, Inc. v. Inner Visions Worldwide Network, Inc. et al. Case No. 06-600394** | **Suit on guarantee** | **Supreme Court of New York, County of New York** | **Pending** |

None
☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wachovia Bank, Trustee c/o Daniel S. Fiore, Esq. 5311 Lee Highway Arlington, VA 22207** | **August 2005** | **Bank account; approx. amount attached $54,591.79** |
| **Simon & Schuster, Inc. 1230 Avenue of the Americas New York, NY 10020** | **First quarter 2006** | **Royalties in the amount of $22,918.00, applied against amounts owing creditor** |

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Transforming Love Institute** | **None** | **September 2005** | **$5,000.00 charitable contribution** |
| **City of Angels Church 5550 Grosvenor Blvd. Los Angeles, CA 90066** | **none** | **2005** | **Contributions: $1,000.00** |

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David E. Lynn, LLC 15245 Shady Grove Road Suite 465 North Rockville, MD 20850** | **Various, over the course of the prior year** | **$15,100.00** |
| **Burton J. Haynes, Esq. 9273 Old Keene Mill Road Burke, VA 22015** | **September 2005** | **$13,133.00** |
| **Mary Lou Gervie, C.P.A. Watkins, Meegan, Drury & Co., LLC 7700 Wisconsin Avenue, Suite 500 Bethesda, MD 20814-3556** | **September, 2005** | **$14,674.00** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Constance Weaver Thomas 13053 Rhapsody Lane Silver Spring, MD 20904**    **tenant** | **August 2005** | **Real property at 13053 Rhapsody Lane, Silver Spring, MD 20904 (subject to Federal tax liens)** |

5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Various unrelated purchasers** | **June 2006** | **Pieces of clothing from Debtor's professional wardrobe, sold at "yard" sale, for a total of $1160.** |
| **All third-party purchasers** | | |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **SunTrust Bank** **Aspen Hill, MD** | **Iyanla L. Vanzant** | **(empty)** | |

### 13. Setoffs

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Simon & Schuster, Inc.** **1230 Avenue of the Americas** **New York, NY 10020** | **March, 2006** | **$22,918** |

### 14. Property held for another person

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Inner Visions Worldwide Network, Inc.** **P.O. Box 8517** **Silver Spring, MD 20907** | **2001 BMW  X-5, VIN** **WBAFB33501LH23957** | **In possession of the Debtor** |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Estate of Gemmia Vanzant**<br>**c/o the Debtor**<br>**2882 Spring Lakes Drive**<br>**Davidsonville, MD 21035** | **Diamond earrings, gold and emerald ring.** | **In Debtor's safekeeping on behalf of the Estate** |
| **Debtor's minor granddaughter**<br>**c/o Alex Morgan**<br>**9216 Crandall Road**<br>**Lanham, MD 20706** | **Gold & diamond ring** | **In Debtor's possession** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Inner Visions Worldwide Network, Inc.** | **1862** | **P.O. Box 8517 Silver Spring, MD 20907** | **Consulting and management of Debtor's intellectual property** | **5/90 - present** |
| **Inner Visions Spiritual Life Maintenance** | **3213** | **P.O. Box 8517 Silver Spring, MD 20907** | **Non-profit education** | **10/92 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Burton J. Haynes, Esq.** **BURTON J. HAYNES, P.C.** **9273 Old Keene Mill Road** **Burke, VA 22015** | **2000 -- present** |
| **Mary Lou Gervie, C.P.A.** **Watkins, Meegan, Drury & Co., LLC** **7700 Wisconsin Avenue, Suite 500** **Bethesda, MD 20814-3556** | **2000 -- present** |

8

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS                 DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS
**Almasi Wilcots**                                            **7607 Mountain View Way**
**None of the Debtor's records are known to be missing.  However,**    **Hyattsville, MD 20785**
**some may have been misplaced in the Debtor's move from**
**temporary work quarters in California back to her permanent**
**residence and in moving records from former business site.**

**Maria Swaniger**                                              **1845 Candlelight Court**
                                                    **Owings, MD 20736**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                        DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR              (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                   NATURE AND PERCENTAGE
NAME AND ADDRESS                             TITLE                            OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                            DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                             TITLE                            DATE OF TERMINATION

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July  5, 2006**                          Signature  **/s/ Iyanla Rhonda Vanzant**

                                                              **Iyanla Rhonda Vanzant**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF MARYLAND**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| David E. Lynn | X **/s/ David E. Lynn** | July  5, 2006 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850
(301) 255-0100**

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Iyanla Rhonda Vanzant | X **/s/ Iyanla Rhonda Vanzant** | July  5, 2006 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

## United States Bankruptcy Court
### District of Maryland

In re    **Iyanla Rhonda Vanzant**                  Case No. _____

                             Debtor(s)      Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **July  5, 2006** _____      **/s/ Iyanla Rhonda Vanzant** _____

                                         **Iyanla Rhonda Vanzant**
                                         Signature of Debtor

AFNI, Inc.
P.O. Box 3517
Bloomington, IL 61702-3517


American Educational Services
P.O. Box 2471
Harrisburg, PA 17105


Bank of America
P.O. Box 660576
Dallas, TX 75266


Bank of America Visa
P.O. Box 660576
Dallas, TX 75266-0576


Kenneth L. Browning, Esq.
9595 Wilshire Blvd.
Beverly Hills, CA 90212


Dell
7322 SW Freeway
Houston, TX 77074


Dell Finance Corporation
15 Union St.
Lawrence, MA 01840


DeLong Litho
P.O. Box 1529
Lorton, VA 22199


First American Insurance
c/o Lenders First Choice
3803 Parkwood Blvd., Suite 100
Frisco, TX 75034

Mary Lou Gervie, C.P.A.
Watkins, Meegan, Drury & Co., LLC
7700 Wisconsin Avenue, Suite 500
Bethesda, MD 20814-3556


John A. Gunther, Jr., Rev. Off.
Internal Revenue Service
190 Admiral Cochrane Dr. #170
Annapolis, MD 21401


Hargrave Military Academy
c/o Todd, Bremer & Lawson
P.O. Box 36788
Rock Hill, SC 29732-0512


HarperCollins Publishers
10 E. 53rd Street
New York, NY 10022


Burton J. Haynes, Esq.
BURTON J. HAYNES, P.C.
9273 Old Keene Mill Road
Burke, VA 22015


Home123 Corporation
3351 Michelson Drive, Suite 400
Irvine, CA 92612


Inner Visions Spiritual Life Maintenance
P.O. Box 8517
Silver Spring, MD 20907


Inner Visions Worldwide Network, Inc.
P.O. Box 8517
Silver Spring, MD 20907


Internal Revenue Service
31 Hopkins Plaza, Room 1140
Baltimore, MD 21201

```
Internal Revenue Service
P.O. Box 9941
Stop 5300
Ogden, UT 84409


Internal Revenue Service
Philadelphia, PA 19255-0039


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


Law Office
P.O. Box 97274
Washington, DC 20090


Mark J. Lawless, Esq.
Thomas Amon Law Offices
500 Fifth Avenue, Suite 1650
New York, NY 10110


Maryland Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201


Maryland Comptroller of Treasury
Compliance Division - Bankruptcy
110 Carroll Street
Annapolis, MD 21411


Montgomery County, Maryland
100 Monroe St.
3rd Floor
Rockville, MD 20850
```

```
Mr. TOME Productions
P.O. Box 8081
Atlanta, GA 31106


New York City
Department of Finance
P.O. Box 17900
Brooklyn, NY 11217-9000


Pitney Bowes Credit Corporation
4901 Belfort Rd.
Jacksonville, FL 32256


Purchase Power
P.O. Box 856042
Louisville, KY 40285


Saks Fifth Avenue
Arrow Financial Services
c/o Capital Management Corp.
726 Exchange Street, Suite 700
Buffalo, NY 14210


Simon & Schuster, Inc.
1230 Avenue of the Americas
New York, NY 10020


SODEXHO
Mountainside Conference Center
P.O. Box 905374
Charlotte, NC 28290


Suntrust Bank Visa
Bankcard Services
P.O. Box 15137
Wilmington, DE 19886
```

U.S. Attorney for Maryland
36 S. Charles Street
4th Floor
Baltimore, MD 21201


United Parcel Service
P.O. Box 650580
Dallas, TX 75265


Verizon
P.O. Box 17577
Beltsville, MD 20704


Washington Gas
P.O. Box 830036
Baltimore, MD 21283


Constance Weaver-Thomas
13053 Rhapsody Lane
Silver Spring, MD 20904